

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00907-CV

**John  Freeman  Junior**

v.

**Formosa Management, L.L.C.**

NO. 2013-76492 IN THE 234TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 01/02/2017 | INDIGENT | ANT |
| MT FEE | $10.00 | 11/22/2016 | INDIGENT | ANT |
| MT FEE | $10.00 | 05/02/2016 | E-PAID | APE |
| MT FEE | $10.00 | 04/03/2016 | INDIGENT | ANT |
| MT FEE | $10.00 | 02/16/2016 | INDIGENT | ANT |
| MT FEE | $10.00 | 01/21/2016 | INDIGENT | ANT |
| CLK RECORD | $545.00 | 01/04/2016 | INDIGENT | ANT |
| FILING | $205.00 | 10/27/2015 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $815.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this 25th day of May, 2018.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**